IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH ALEXANDER DANSBY                                                     PLAINTIFF

v.                                   Case No. 4:22-cv-4106

SHERIFF DANNY MARTIN; STEVE OTWELL;
KAREN GHORMLEY; SERGEANT DAISY
SMITH; and CORRECTIONAL OFFICER
CAMERON SHELTON                                               DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 44. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 42) be granted and that Plaintiff's Amended Complaint (ECF No. 11) be dismissed without prejudice.

Plaintiff has not filed an objection to Judge Bryant's R&R, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 44) *in toto*. Defendants' Motion to Dismiss (ECF No. 42) is hereby **GRANTED**. Plaintiff's Amended Complaint (ECF No. 11) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of August, 2024.

                                                                     /s/ Susan O. Hickey
                                                                     Susan O. Hickey
                                                                     Chief United States District Judge

---

[1] After Judge Bryant issued the instant R&R, Plaintiff filed his own motion to dismiss, stating "I would like to dismiss my case in this matter." ECF No. 45. Per the instant Order, the Court finds that Plaintiff's motion to dismiss is hereby **DENIED** as **MOOT**.